O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 14-2411 AB (JCG) | Date | April 21, 2015 |
|---|---|---|---|
| Title | *Mike J. Tandy v. Carolyn W. Colvin* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER AND/OR PROSECUTE**

On November 11, 2014, plaintiff Mike J. Tandy ("Plaintiff") lodged a complaint pursuant to the Social Security Act ("Complaint") and filed a Request to Proceed In Forma Pauperis ("Request").  [Dkt. No. 1.]

On December 16, 2014, the Court granted Plaintiff's Request and ordered his Complaint filed.  [Dkt. Nos. 2-3.]

On January 5, 2015, the Court issued a Case Management Order ("CMO"), which was docketed on January 6, 2015.  [Dkt. No. 6.]  Therein, the Court ordered Plaintiff to "promptly serve the summons and complaint" and to "electronically file a proof of service. . . within twenty-eight (28) days[.]"  (CMO at 2.)  The Court further warned Plaintiff that "[f]ailure to comply with this paragraph may result in the dismissal of the case."

Now, more than 100 days later, Plaintiff has filed no proof of service.  Nor has Plaintiff requested any extension of time or otherwise communicated with the Court.

Accordingly, within **fourteen days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to comply with a court order and/or prosecute.  **Plaintiff shall attempt to show such cause in writing by filing a declaration signed under penalty of perjury.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 14-2411 AB (JCG) | Date | April 21, 2015 |
|---|---|---|---|
| Title | *Mike J. Tandy v. Carolyn W. Colvin* | | |

**Plaintiff is cautioned that his failure to timely file a response will be deemed by the Court as consent to the dismissal of this action without prejudice.**

cc: Parties of Record

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | kh | |